People v Franklin (2023 NY Slip Op 04898)

People v Franklin

2023 NY Slip Op 04898

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, MONTOUR, AND GREENWOOD, JJ. (Filed Sept. 29, 2023.)

MOTION NO. (304/22) KA 16-00442.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
GREGORY FRANKLIN, DEFENDANT-APPELLANT. (APPEAL NO. 1.)

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.